# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE KRANTZ, | CV F  06-00877 LJO DLB HC |
|       Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT FURTHER BRIEFING |
|     v. | |
| D. ADAMS, Warden, | |
|       Respondent. / | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     Petitioner filed the instant petition on July 11, 2006.  On November 13, 2006, Respondent filed a motion to dismiss the petition as time-barred.  Petitioner filed an opposition on December 7, 2006.

     In his opposition, Petitioner contends, among other things, that his petition is timely under the mailbox rule and that he is entitled to equitable tolling based on the law library closures at Corcoran State Prison.

     In order for the Court to resolve Respondent's motion, the Court finds that further briefing is necessary to resolve the above claims raised by Petitioner in his opposition. Accordingly, it is HEREBY ORDERED that:

     1.    Within **twenty (20)** days from the date of service of this order, Respondent shall file a reply addressing, but not limited to, the application of the mailbox rule and

1

application of equitable tolling based on the law library closures; and

2. Within **twenty (20)** days from the date Respondent files his supplemental briefing, Petitioner may file a response.

IT IS SO ORDERED.

Dated:   **May 15, 2007**                    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE