UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE KRANTZ,  ) | 1:06-CV-0877 LJO DLB (HC) |
|     Petitioner,  ) | |
|  ) | ORDER GRANTING EXTENSION OF |
| v.  ) | TIME TO SUBMIT FURTHER BRIEFING |
|  ) | |
| WARDEN D. ADAMS,  ) | (DOCUMENT #11) |
|  ) | |
|     Respondent.  ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 5, 2007, petitioner filed a motion to extend time to file further briefing per court's order filed May 16, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file further briefing per the court's order filed May 16, 2007.

IT IS SO ORDERED.

Dated:   **June 29, 2007**          **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE