1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KENNETH WAYNE KRANTZ,                    CV F   06-00877 LJO DLB HC

                Petitioner,             AMENDED ORDER GRANTING
                                        EXTENSION OF TIME TO SUBMIT
    v.                                 FURTHER BRIEFING

                                        [Doc. 12]
D. ADAMS, Warden,

                Respondent.
_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On June 29, 2007, the Court granted Respondent's request for an extension of time to submit further briefing pursuant to the Court's May 16, 2007, order.  The Court's order, however, inadvertently stated and granted Petitioner an extension of time.  Since Respondent filed and requested the extension of time, the Court's order of June 29, 2007, is vacated and superseded by the instant order.  GOOD CAUSE having been demonstrated, Respondent is granted an extension of thirty days from the date of service of this order within which to file its briefing pursuant to the Court's order of May 16, 2007.

      IT IS SO ORDERED.

    **Dated:**   **July 2, 2007**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1