# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH WAYNE KRANTZ, | ) | CV F  06-00877 LJO DLB HC |
| Petitioner, | ) | SECOND ORDER DIRECTING RESPONDENT TO SUBMIT FURTHER BRIEFING |
| v. | ) | |
| D. ADAMS, Warden, | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition on July 11, 2006.  On November 13, 2006, Respondent filed a motion to dismiss the petition as time-barred.  (Court Doc. 7.)  Petitioner filed an opposition on December 7, 2006.  (Court Doc. 8.)  Pursuant to this Court's order, Respondent filed a reply to Petitioner's opposition on August 2, 2007.  (Court Doc. 14.)  Petitioner filed a sur-reply on August 27, 2007.  (Court Doc. 15.)

    After a thorough review of the documents, the Court finds that in order to resolve the motion to dismiss further briefing is necessary.  In his sur-reply, Petitioner contends, among other things, that he waited several months to receive a copy of the transcripts from the Board of Parole Hearing and that he filed an administrative appeal on January 24, 2004.  These contentions have not been addressed by Respondent and may very well have relevance to the analysis regarding the statute of limitations.

1

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20)** days from the date of service of this order, Respondent shall file a response to Petitioner's sur-reply addressing, but not limited to, Petitioner's claim regarding the filing of an administrative appeal; and

2. Within **twenty (20)** days from the date Respondent files its supplement brief, Petitioner may file a reply.

IT IS SO ORDERED.

Dated:   **August 31, 2007**                    **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE