1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  KENNETH WAYNE KRANTZ,                      CV F   06-00877 LJO DLB HC

10                    Petitioner,             ORDER GRANTING RESPONDENT'S
                                              REQUEST TO WITHDRAW MOTION TO
11       v.                                   DISMISS AND GRANTING MOTION FOR
                                              ADDITIONAL FIFTEEN DAYS TO FILE AN
12                                            ANSWER
    D. ADAMS, Warden,
13                                            ORDER DISREGARDING RESPONDENT'S
                      Respondent.             REQUEST FOR EXTENSION OF TIME TO
14                                            FILE FURTHER BRIEFING AS MOOT

15  _____/         [Docs. 17, 18]

16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18  pursuant to 28 U.S.C. § 2254.

19        On July 11, 2006, Petitioner filed the instant federal petition for writ of habeas corpus

20  challenging the Board's July 29, 2003, decision.  On November 13, 2006, Respondent filed a

21  motion to dismiss the instant petition as time-barred.  Petitioner filed an opposition on December

    7, 2006.
22
          On May 16, 2007, the Court directed Respondent to submit a reply to Petitioner's
23
    opposition.  (Court Doc. 10.)  Respondent filed its reply on August 2, 2007.  (Court Doc. 14.)
24
    Petitioner filed a sur-reply on August 27, 2007.  (Court Doc. 15.)
25
          On August 31, 2007, the Court issued a second order directing Respondent to submit
26
    further briefing addressing the claims raised by Petitioner in his sur-reply.  (Court Doc. 16.)
27
          On September 20, 2007, Respondent filed a request for an extension of time to further its
28

1

1   briefing.  (Court Doc. 17.)  Then on October 2, 2007, Respondent filed a motion to withdraw its

2   motion to dismiss, filed on October 2, 2007.  (Court Doc. 18.)

3        In his motion to withdraw, Respondent concedes that the instant petition is timely and

4   requests an additional fifteen days to and including, October 17, 2007, to file an answer to the

5   petition.  Respondent's request is granted.

6        Based on the foregoing, it is HEREBY ORDERED that:

7        1.      Respondent's motion to withdraw its motion to dismiss, filed on November 13,

8                2006, is GRANTED;

9        2.      Respondent's request for an extension of time to file an answer is GRANTED, to

10               and including October 17, 2007; and

11       3.      Respondent's motion for an extension of time to file further briefing is

12               DISREGARDED as MOOT, as the motion to dismiss has been withdrawn.

13

14       IT IS SO ORDERED.

15    **Dated:**    **October 3, 2007**                    _____ **/s/ Dennis L. Beck** _____
                                                         UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28