# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE KRANTZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>D. ADAMS, Warden,<br><br>　　　　Respondent.<br>_____ / | CV F  06-00877 LJO DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 22]<br><br>CERTIFICATE OF APPEALABILITY UNNECESSARY |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On May 30, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

　　　　On July 7, 2008, Petitioner filed timely objections to the Findings and Recommendation.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1 | 1. | The Findings and Recommendation issued May 30, 2008, is ADOPTED IN FULL;

2 | 2. | The Petition for Writ of Habeas Corpus is DENIED;

3 | 3. | The Clerk of Court is directed to enter judgment in favor of Respondent; and,

4 | 4. | A certificate of appealability is not required as the instant petition challenges a denial of parole. Rosas v. Nielsen, 428 F.3d 1229 (9th Cir. 2005); White v. Lambert, 370 F.3d 1002 (9th Cir. 2004).

IT IS SO ORDERED.

**Dated:   July 11, 2008**                     /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE